630

*American,* 264 U. S. 587. *Mr. Humphrey J. Lynch* for petitioner. *Mr. Edward R. Brumley* for respondents.

No. 440. SOUTHERN PACIFIC CO. *v.* HACKLEY, ADMINISTRATRIX. October 28, 1935. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. Robert T. Devlin, W. H. Devlin,. A. I. Diepenbrock,* and *Horace B. Wulff* for petitioner. *Mr. Herman A. Bachrack* for respondent.

No. 441. DOWNEY, ADMINISTRATRIX, *v.* THOMSON, TRUSTEE. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Horace E. Gunn* for petitioner. *Mr. William M. Acton* for respondent.

No. 444. TRAFFORD OIL & GAS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John C. Sherriff* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 445. GEIGER, ADMINISTRATRIX, *v.* MERLE ET AL. October 28, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Russell Whitman* for petitioner. *Messrs. Charles S. Cutting, Charles LeRoy Brown, William P. Sidley,* and *Kenneth F. Burgess* for respondents.